IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera          Date: August 24, 2012
Court Reporter:    Kara Spitler

Civil Action No. 12-cv-01712-RBJ

| *Parties*: | *Counsel*: |
|---|---|
| ERIN GOLDBAUM, and<br>TANYA LORES, | Dale Morgado |
| Plaintiffs, | |
| v. | |
| INTEGRATED ASSET SERVICES, LLC, | Kristi Walton<br>Brett Painter |
| Defendant. | |

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:**   11:09 a.m.

Appearances of counsel.

Discussion regarding the Unopposed Motion and Memorandum of Law to Conditionally Certify Collective Action Doc.# [27].

Discussion regarding affirmative defenses pursuant to Plaintiff's Motion for a More Definite Statement Doc.# [37].

Argument by Ms. Walton and Mr. Morgado as to the Expedited Motion to Compel Return of Confidential Documents Doc.# [35].

For the reasons and findings as stated on the record, it is;

**ORDERED:** Unopposed Motion and Memorandum of Law to Conditionally Certify Collective

        Action Doc.# [27] is GRANTED.

**ORDERED:**  Defendant to draft a proposed order with the Court's ruling as to the Expedited Motion to Compel Return of Confidential Documents Doc.# [35].

**ORDERED:**  Plaintiff's Motion for a More Definite Statement Doc.# [37] is GRANTED.

**Court in recess:**     11:39 a.m.

Hearing concluded.

Total time:     00:30