IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-CV-01712-RBJ

ERIN GOLDBAUM, individually, TANYA LORES,
individually, and on behalf of all others similarly
situated who consent to their inclusion,

    Plaintiffs,

v.

INTEGRATED ASSET SERVICES, LLC,
a limited liability company,

    Defendant.

## ORDER REGARDING DOCKET #35

THIS MATTER, having come before the Court upon Defendant Integrated Asset Services, LLC's Expedited Motion to Compel Regarding Confidential Documents [Docket #35] (the "Motion"). The Court, having reviewed the Motion and being fully advised of the premises therein, **ORDERS** the Motion is **GRANTED** as follows:

The Court orders the Clerk of the Court to place a level one restriction on Exhibits 2 and 5 to Plaintiffs' Unopposed Motion and Memorandum of Law to Conditionally Certify Collective Action (Docket No. 27). This restriction shall prohibit public access to these Exhibits.

Plaintiffs also shall return all copies of Defendant's documents within five (5) calendar days of this Order. Plaintiffs shall not use or disclose any of Defendant's documents for any purpose (except as may be permitted through proper discovery).

- 2 -

Dated this 4th day of September, 2012.

BY THE COURT

_____
District Court Judge R. Brooke Jackson