IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Bernique Abiakam          Date:  April 2, 2013
Court Reporter:     Kara Spitler

Civil Action No. 12-cv-01712-RBJ

Related Cases:  Civil Action No. 12-cv-02329-RBJ
                Civil Action No. 12-cv-02384-RBJ

*Parties*:                                  *Counsel*:

ERIN GOLDBAUM, et al.,                      Dale J. Morgado

    Plaintiffs,

v.

INTEGRATED ASSET SERVICES, LLC,             Kristi A. Walton

    Defendant.

## COURTROOM MINUTES

**HEARING:**   MOTION

**Court in session: 1:02 p.m.**

Court calls case.  Appearances of counsel.  Appearance of Paul Sveen, company representative.

Argument and discussion regarding Doc. No. 45 in Civil Action No. 12-cv-01712-RBJ.

**ORDERED:**   **Joint Motion For Approval of Settlement Agreement (Filed 3/18/13; Doc. No. 45) is GRANTED.**

**ORDERED:**   **Civil Action Nos. 12-cv-01712-RBJ, 12-cv-02384-RBJ, and 12-cv-02329-RBJ are ADMINISTRATIVELY CLOSED.**

HEARING CONCLUDED.
**Court in recess: 1:27 p.m.**
Total time in court:     00:25